| PROB 22 (Rev. 01/24) | | | DOCKET NUMBER *(Tran. Court)* 5:18CR50022-001 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Rec. Court)* 6:25CR03098-BP |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Michael Hill<br>1070 East Blaine Street<br>Springfield, Missouri 65803 | DISTRICT<br>Western Arkansas | | DIVISION<br>Fayetteville |
| | NAME OF SENTENCING JUDGE<br>Honorable Timothy L. Brooks | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>03/03/2023 | TO<br>03/03/2026 |

OFFENSE
Possession with Intent to Distribute More Than Fifty (50) Grams of Actual Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Hill established a stable residence in the Western District of Missouri with no further ties to the Western District of Arkansas. Supervision violations have been incurred and transfer of jurisdiction would facitliate immediate response from the Western District of Missouri.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Arkansas_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Western District of Missouri_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 27, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Missouri_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 30, 2025
*Effective Date*

/s/ Beth Phillips
*United States District Judge*